UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| In re: | : | |
| BAINBRIDGE REALTY, INC.<br>Debtor | : | BK No. 06-11003<br>Chapter 11 |
| BAINBRIDGE REALTY, INC.<br>Plaintiff | : | |
| v. | : | A.P. No. 06-1091 |
| ROBERT BLECHMAN<br>514 BROADWAY INVESTMENT TRUST<br>Defendants | : | |

- - - - - - - - - - - - - - - - - -x

### ORDER ON MOTION (Doc. #15)
Re: #15 Motion by Defendant Blechman to Disqualify Attorney Peter D'Amico as Local Counsel

Upon consideration of the Motion and the Debtor's Objection, IT IS HEREBY ORDERED that the within Motion by Defendant Blechman to Disqualify Attorney Peter D'Amico as Local Counsel (Doc. #15) is DENIED.

Based upon the affidavits filed by Robert Blechman and Peter D'Amico, the Court finds that there is no need for an evidentiary hearing and that Attorney D'Amico's role in the loan transaction does not warrant disqualification of him, especially since he is serving a limited role as local counsel.

ENTER:

/s/ Joan N. Feeney
Joan N. Feeney
U.S. Bankruptcy Judge
Dated: January 19, 2007

Entered on docket: 1/19/07